■ The People of the State of New York, Appellant, v Charles George, Respondent. [661 NYS2d 562] —Order unani-

mously reversed on the law, motion denied, indictment reinstated and matter remitted to Cayuga County Court for further proceedings on the indictment. Memorandum: This case is legally indistinguishable from *People v Blount* (231 AD2d 860). (Appeal from Order of Cayuga County Court, Corning, J.—Dismiss Indictment.) Present—Green, J. P., Pine, Lawton, Doerr and Fallon, JJ.